AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Deniquia Stevens, on behalf of herself and others similarly situated,<br>*Plaintiff*<br>v.<br>All Nation Home Healthcare LLC, et al.,<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:19-CV-2364<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:
The Joint Motion for Order Approving Collective Action Settlement and Dismissing Case with Prejudice is GRANTED. The Settlement is APPROVED. The case is certified as a collective action for settlement purposes only. (Cont'd. Below) .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   Sept. 30, 2020

*CLERK OF COURT*

Denise M. Shane
*Signature of Clerk or Deputy Clerk*

Settlement payments shall be made pursuant to the terms of the collective Action Settlement Agreement. Plaintiff's Counsel's request for attorney's fees, costs, and expenses is approved. The request for a service payment to the Named Plaintiff is also approved. This Action is DISMISSED WITH PREJUDICE as a final judgment, and this matter is closed. This Court will RETAIN JURISDICTION to enforce the Settlement.